**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-6252

SANTANA WIMBUSH,

Plaintiff - Appellant,

v.

GLENN YOUNGKIN, Governor of Virginia; JASON S. MIYARES, Attorney General of Virginia; HAROLD W. CLARKE, Director of the Department of Corrections,

Defendants - Appellees.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Michael F. Urbanski, Chief District Judge. (7:22-cv-00640-MFU-JCH)

Submitted: August 29, 2023                    Decided: September 1, 2023

Before KING, AGEE, and BENJAMIN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Santana Wimbush, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Santana Wimbush appeals the district court's order dismissing his 42 U.S.C. § 1983 complaint under 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted, and a subsequent order denying reconsideration and leave to file an amended complaint.  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's orders.  *Wimbush v. Youngkin*, No. 7:22-cv-00640-MFU-JCH (W.D. Va. Jan. 13 & Mar. 14, 2023).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2